

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN RE | § | No. 08-20-00175-CV |
| REBECCA MACIAS NELSON, | § | AN ORIGINAL PROCEEDING |
| Relator. | § | IN MANDAMUS |

## **J U D G M E N T**

The Court has considered this cause on Relator Rebecca Macias Nelson's unopposed motion to dismiss original proceeding in mandamus and concludes the motion should be granted and Relator's mandamus proceeding should be dismissed. We therefore dismiss this petition for writ of mandamus. We further order that each party shall be responsible for their own costs related to this proceeding.

IT IS SO ORDERED THIS 22ND DAY OF OCTOBER, 2020.


JEFF ALLEY, Chief Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.